IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 25, 2007

Charles R. Fulbruge III
Clerk

No. 06-10245
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

KIM JOE GRAVES, also known as K-Rock, also known as Kim Joe Graves, Jr

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:05-CR-82-4

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Kim Joe Graves has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Graves has filed a response requesting that new counsel be appointed. Our independent review of the record, counsel's brief, and Graves's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.
The request for new counsel is DENIED.